No. 56524.—Sterling Factors Company *v*. United States, protests 141711–K, etc. (New York).

Opinion by FORD, J.   It was stipulated that certain items of the involved mer-
chandise consist of woven silk fabrics similar in all material respects to the mer-
chandise the subject of *Walter Strassburger & Co., Inc., et al.* v. *United States* (26
Cust. Ct. 210, C. D. 1326).   The claim of the plaintiff was therefore sustained.